JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CASBN 132043)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3680
   E-mail: kimberly.briggs@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERNANDO GUZMAN, CARLOS ) <br> NAVARRO, HERNAN MARTINEZ, ) <br> and FRANCISCO TIJERO, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 08-00521 SBA <br><br> STIPULATION AND ORDER TO CONTINUE DEFENDANT FERNANDO GUZMAN'S MOTION HEARING TO MARCH 3, 2009, AND TO EXCLUDE TIME |

It is hereby stipulated, by and between the parties, that defendant Fernando Guzman's motion hearing set for February 10, 2009 be continued to March 3, 2009 at 11:00 am.

It is also stipulated that government's response to defendant's motion is due January 27, 2009, and defendant's response, if any, is due February 3, 2009.

It is further stipulated that the period from January 26, 2009 to March 3, 2009, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c).  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice served by granting a continuance.

Such continuance is required due to a death in government's counsel family.  Moreover,

1 government counsel and defense counsel for Fernando Guzman will be out of state for several
2 weeks in February.
3      As such, the parties respectfully request that the motion hearing set for February 10, 2009
4 be continued to March 3, 2009 at 11:00 a.m.

6 DATED: January 30, 2009         Respectfully submitted,

8                                      /s/
                            KIMBERLY M. BRIGGS
                            Assistant United States Attorney

10 DATED: January 26, 2009           /s/
                            JOYCE LEAVITT
                            Attorney for Fernando Guzman

13 DATED: January 26, 2009           /s/
                            DAVID HARRIS BILLINGSLEY
                            Attorney for Hernan Martinez

15 DATED: January 26, 2009           /s/
                            IAN GREGORY LOVESETH
                            Attorney for Carlos Navarro

17 DATED: January 26, 2009           /s/
                            PATRICK DAVID ROBINNS
                            Attorney for Francisco Tijero

**ORDER**

25      Based on the reason provided in the stipulation of the parties above, the Court hereby
26 FINDS that for adequate preparation of the case by all parties - specifically, due to a death in the
27 government's counsel family, and for continuity of government and defense counsel - pursuant
28 to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv), an exclusion of time is warranted under the

Speedy Trial Act. Based on these findings,

IT IS HEREBY ORDERED THAT the motion hearing currently scheduled for February 10, 2009 shall be continued to March 3, 2009 at 11:00 a.m.

IT IS FURTHER ORDERED that government's response to defendant's motion is due January 27, 2009, and defendant's response, if any, is due February 3, 2009.

IT IS SO ORDERED.

DATED: January 29 , 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

3