1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant FERNANDO GUZMAN

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-00521 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING REPLY DATE |
| | ) | IN MOTION FOR DISCLOSURE OF |
| | ) | INFORMANT AND *BRADY* |
| FERNANDO GUZMAN, et. al., | ) | INFORMATION |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that defendant Fernando Guzman's reply in support of his motion for disclosure of informant and *Brady* information ("Motion for Disclosure"), which is currently due to be filed on Tuesday, February 3, 2009, may be filed no later than Tuesday, February 17, 2009.  The motions hearing date, currently set for March 3, 2009, at 11:00 a.m. would remain on March 3, 2009 at 11:00 a.m.  The reason for the request is that the government's opposition has raised a number of factual issues which conflict with those in the Motion for Disclosure.  Defense counsel needs time to review the information with Mr. Guzman and investigate the discrepancies.  Mr. Guzman is in custody and needs the assistance

*United States v. Guzman*, CR 08-00521 SBA;
Stip continuing change of plea & sentencing            - 1 -

of an interpreter and counsel could not get an appointment at the jail with Mr. Guzman until Tuesday, February 3, 2009. The additional two weeks will allow counsel to meet with Mr. Guzman and prepare to file the reply brief two weeks before the hearing on the motion. Time has already been excluded under the Speedy Trial Act until March 3, 2009 during the pendency of the motion.

DATED: February 2, 2009           /s/
                                  JOYCE LEAVITT
                                  Assistant Federal Public Defender

DATED: February 2, 2009           /s/
                                  KIMBERLY BRIGGS
                                  Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Fernando Guzman's reply brief in support of his Motion for Disclosure, which is currently due to be filed on Tuesday, February 3, 2009, may be filed no later than Tuesday, February 17, 2009. The motions hearing date shall remain on March 3, 2009 at 11:00 a.m. for hearing on defendant Guzman's Motion for Disclosure.

SO ORDERED.

DATED: 2/3/09                     _Saundra B Armstrong_
                                  HONORABLE SAUNDRA BROWN ARMSTRONG
                                  United States District Judge

*United States v. Guzman*, CR 08-00521 SBA;
Stip continuing change of plea & sentencing           - 2 -