UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00521 SBA |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| FERNANDO GUZMAN, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on *United States' Request For Leave Of Court To File Sur-reply Defendant's Reply To Government's Response In Defendant's Motion To Disclose The Informant.*

Based upon the government's request to respond to additional legal authority and an additional factual submission, the Court GRANTS the government's motion for leave to file a sur-reply pursuant to Ninth Circuit Civil Local Rule 7-9.

IT IS SO ORDERED.

DATED: March 13, 2009

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge