IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FERNANDO GUZMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-08-00521 SBA <br><br> **ORDER GRANTING DEFENDANT LEAVE TO FILE A MOTION FOR RECONSIDERATION IN ACCORDANCE WITH CIVIL L.R. 7-9** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant's motion for leave to file its motion for reconsideration for disclosure of informant and *Brady* information in accordance with Civil L. R. 7-9(b)(3) is GRANTED.  The motion for reconsideration is deemed filed as of April 1, 2009.  The Government is instructed to file any opposition to the motion for reconsideration on or before April 16, 2009, and the defendant may file a reply on or before April 21, 2009.

IT IS SO ORDERED.

Dated: 4/10/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Court

GUZMAN ORDER RE: LEAVE TO FILE
MOTION FOR RECONSIDERATION