1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant FERNANDO GUZMAN

FILED

NOV - 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>FERNANDO GUZMAN, et. al.,<br><br>   Defendant. | No. CR 08-00521 SBA<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING RESPONSE<br>AND REPLY DATE RE:<br>DEFENDANT'S RENEWED MOTION<br>FOR DISCLOSURE OF INFORMANT<br>AND *BRADY* INFORMATION |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the government's response to defendant Fernando Guzman's renewed motion for disclosure of informant and Brady information ("Renewed Motion"), which is currently due to be filed on November 3, 2009, may be filed no later than November 17, 2009. Mr. Guzman's reply in support of the Renewed Motion, currently due to be filed on November 17, 2009, may be filed no later than December 1, 2009. The motions hearing date, currently set for Tuesday, December 8, 2009, would be continued to Tuesday, January 12, 2010 at 11:00 a.m. The reason for the request is that the parties need additional time to investigate information raised by the Renewed Motion prior to filing the

response and reply. Time has already been excluded under the Speedy Trial Act until December 8, 2009 during the pendency of the pretrial motion in accordance with 18 U.S.C. §3161(h)(1)(D). This exclusion should be extended through January 12, 2010 which is the date for the hearing on the pretrial motion.

DATED: 11/02/09                    /s/
                                   JOYCE LEAVITT
                                   Assistant Federal Public Defender

DATED: 11/02/09                    /s/
                                   CHRISTINA McCALL
                                   Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the government's response to the Renewed Motion may be filed no later than November 17, 2009. Mr. Guzman's reply in support of the Renewed Motion may be filed no later than December 1, 2009. The motions hearing date, currently set for December 8, 2009, is continued to Tuesday, January 12, 2010 at 11:00 a.m.

IT IS FURTHER ORDERED that time will continue to be excluded under the Speedy Trial Act until January 12, 2010 during the pendency of the pretrial motion. 18 U.S.C. §3161(h)(1)(D).

SO ORDERED.

DATED: 11/3/09                     [signature]
                                   HONORABLE SAUNDRA BROWN ARMSTRONG
                                   United States District Judge

*United States v. Guzman*, CR 08-00521 SBA;
Stip continuing filing and hearing date                - 2 -