JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone: (510) 637-3717
    E-Mail:       Christina.McCall@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00521 SBA |
|            Plaintiff, ) | |
|    v. ) | STIPULATION AND ORDER CONTINUING RESPONSE AND REPLY DATE RE: DEFENDANT'S RENEWED MOTION FOR DISCLOSURE OF INFORMANT AND *BRADY* INFORMATION |
| FERNANDO GUZMAN, et. al., ) | |
|            Defendant. ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the government's response to defendant Fernando Guzman's renewed motion for disclosure of informant and Brady information ("Renewed Motion"), which is currently due to be filed on November 17, 2009, may be filed no later than December 8, 2009. Mr. Guzman's reply in support of the Renewed Motion, currently due to be filed on December 1, 2009, may be filed no later than December 22, 2009. The motions hearing date is still scheduled for Tuesday, January 12, 2010 at

*United States v. Guzman*, CR 08-00521 SBA;
Stip continuing filing dates            - 1 -

11:00 a.m. The reason for the request is that the parties need additional time to investigate information raised by the Renewed Motion prior to filing the response and reply, and the parties have been actively pursuing a resolution to this case. Time has already been excluded under the Speedy Trial Act until January 12, 2010 which is the date for the hearing on the pretrial motion.

DATED: 11/17/09                           /s/
                                   JOYCE LEAVITT
                                   Assistant Federal Public Defender

DATED: 11/17/09                           /s/
                                   CHRISTINA McCALL
                                   Assistant United States Attorney

I hereby attest that I have verified that the opposing counsel agrees to the placement of the electronic signature as indicated above.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the government's response to the Renewed Motion may be filed no later than December 8, 2009. Mr. Guzman's reply in support of the Renewed Motion may be filed no later than December 22, 2009. The motions hearing date is still set for Tuesday, January 12, 2010 at 11:00 a.m.

SO ORDERED.

DATED: 11/20/09                           _Saundra B Armstrong_
                                   HONORABLE SAUNDRA BROWN ARMSTRONG
                                   United States District Judge