BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant FERNANDO GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FERNANDO GUZMAN, et. al.,<br><br>　　　　Defendant. | No. CR 08-00521 SBA<br><br>STIPULATION AND<br>ORDER CONTINUING RESPONSE<br>AND REPLY DATE RE:<br>DEFENDANT'S RENEWED MOTION<br>FOR DISCLOSURE OF INFORMANT<br>AND *BRADY* INFORMATION |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the government's response to defendant Fernando Guzman's renewed motion for disclosure of informant and Brady information ("Renewed Motion") may be filed no later than January 5, 2010. Mr. Guzman will not be filing a reply brief. The motions hearing date will remain on Tuesday, January 12, 2010 at 11:00 a.m. The parties are discussing a resolution and it is anticipated that the motions hearing date will be vacated and a plea agreement to be entered into under Rule 11(c)(1)(C) will be tendered to the Court well in advance of the January 12, 2010 motions hearing date. However, defense counsel needs additional time to review the revised plea agreement with Mr.

*United States v. Guzman*, CR 08-00521 SBA;
Stip continuing filing and hearing date　　　　- 1 -

Guzman, with the assistance of an interpreter, to see if it's acceptable. The parties are therefore requesting that the Court continue to consider the pretrial motion which has previously been filed unless a plea agreement is submitted to the Court. Time has already been excluded under the Speedy Trial Act until January 12, 2010 during the pendency of the pretrial motion in accordance with 18 U.S.C. §3161(h)(1)(D).

DATED: 12/10/09                              _____/s/_____
                                             JOYCE LEAVITT
                                             Assistant Federal Public Defender

DATED: 12/10/09                              _____/s/_____
                                             CHRISTINA McCALL
                                             Assistant United States Attorney

   I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the government's response to the Renewed Motion may be filed no later than January 5, 2010. Mr. Guzman will not be filing a reply in support of the Renewed Motion. The motions hearing date will remain on Tuesday, January 12, 2010 at 11:00 a.m.

   IT IS FURTHER ORDERED that time will continue to be excluded under the Speedy Trial Act until January 12, 2010 during the pendency of the pretrial motion as previously ordered. 18 U.S.C. §3161(h)(1)(D).

   SO ORDERED.

DATED:   12/17/09                            _____Saundra B Armstrong_____
                                             HONORABLE SAUNDRA BROWN ARMSTRONG
                                             United States District Judge

*United States v. Guzman*, CR 08-00521 SBA;
Stip continuing filing and hearing date                - 2 -