1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant FERNANDO GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-00521 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING RESPONSE |
| | ) | AND REPLY DATE RE: |
| | ) | DEFENDANT'S RENEWED MOTION |
| FERNANDO GUZMAN, et. al., | ) | FOR DISCLOSURE OF INFORMANT |
| | ) | AND *BRADY* INFORMATION |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the government's response to defendant Fernando Guzman's renewed motion for disclosure of informant and Brady information ("Renewed Motion") may be filed no later than January 5, 2010. Mr. Guzman will not be filing a reply brief. The motions hearing date will remain on Tuesday, January 12, 2010 at 11:00 a.m. The parties are discussing a resolution and it is anticipated that the motions hearing date will be vacated and a plea agreement to be entered into under Rule 11(c)(1)(C) will be tendered to the Court well in advance of the January 12, 2010 motions hearing date. However, defense counsel needs additional time to review the revised plea agreement with Mr.

*United States v. Guzman*, CR 08-00521 SBA;
Stip continuing filing and hearing date                - 1 -

Guzman, with the assistance of an interpreter, to see if it's acceptable.  The parties are therefore requesting that the Court continue to consider the pretrial motion which has previously been filed unless a plea agreement is submitted to the Court.  Time has already been excluded under the Speedy Trial Act until January 12, 2010 during the pendency of the pretrial motion in accordance with 18 U.S.C. §3161(h)(1)(D).

DATED: 12/10/09            _____/s/_____
                           JOYCE LEAVITT
                           Assistant Federal Public Defender

DATED: 12/10/09            _____/s/_____
                           CHRISTINA McCALL
                           Assistant United States Attorney

   I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the government's response to the Renewed Motion may be filed no later than January 5, 2010.  Mr. Guzman will not be filing a reply in support of the Renewed Motion.  The hearing on the Renewed Motion is continued to **January 26, 2010 at 11:00 a.m.**

   IT IS FURTHER ORDERED that time will continue to be excluded under the Speedy Trial Act until January 26, 2010 during the pendency of the pretrial motion as previously ordered.  18 U.S.C. §3161(h)(1)(D).

   SO ORDERED.

DATED:   12/30/09          _____
                           HONORABLE SAUNDRA BROWN ARMSTRONG
                           United States District Judge