1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant FERNANDO GUZMAN

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )
                                       )  No. CR 08-00521 SBA
12              Plaintiff,              )
                                       )  STIPULATION AND
13       v.                             )  ORDER VACATING MOTIONS
                                       )  HEARING DATE AND CONTINUING
14                                     )  FOR CHANGE OF PLEA AND
15 FERNANDO GUZMAN, et. al.,            )  SENTENCE
                                       )
16              Defendant.              )

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the motions hearing date for defendant Fernando Guzman's renewed motion for disclosure of informant and Brady information ("Renewed Motion") currently scheduled for January 26, 2010 at 11:00 a.m. is hereby vacated and the Renewed Motion is withdrawn. It is further stipulated that the matter be continued to Tuesday, March 30, 2010 at 10:00 a.m. for change of plea and sentencing. The government has tendered to the Court a copy of the revised plea agreement to be entered into under Rule 11(c)(1)(C). In addition, the plea agreement has been provided to the probation officer so that he can revise the pre-plea report previously prepared in this case. Should the Court continue the

*United States v. Guzman*, CR 08-00521 SBA;
Stip & Order re: continuing for change of plea          - 1 -

matter until March 30, 2010, at 10:00 a.m. it will allow the probation officer to revise the pre-plea report and provide it to the Court in advance of sentencing.

It is further stipulated that the Court exclude time between January 21, 2010 and March 30, 2010 under the Speedy Trial Act while the Court considers the proposed plea agreement to be entered into by the parties in accordance with 18 U.S.C. §3161(h)(1)(G).

DATED: 1/21/10 _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 1/21/10 _____/s/_____
CHRISTINA McCALL
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing on the Renewed Motion currently scheduled for January 26, 2010 at 11:00 a.m. is hereby vacated.

IT IS FURTHER ORDERED that the matter is continued to Tuesday, March 30, 2010 at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time between today, January 21, 2010 and March 30, 2010 be excluded while the Court considers the proposed plea agreement to be entered into by the parties in accordance with 18 U.S.C. §3161(h)(1)(G).

SO ORDERED.

DATED:1/25/10 _____*Saundra B Armstrong*_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

*United States v. Guzman*, CR 08-00521 SBA;
Stip & Order re: continuing for change of plea          - 2 -