UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00521 SBA |
| Plaintiff, | ) ) | ORDER GRANTING JOINT REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON APRIL 6, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| FERNANDO GUZMAN, | ) ) | |
| Defendant. | ) ) ) ) ) | Date: March 30, 2010<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the acceptance of plea and sentencing hearing in this matter be vacated and that this matter be set for change of plea and sentencing on April 6, 2010 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between March 30, 2010 and April 6, 2010 to allow time for the Court to consider the revised proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the pre-plea presentence report to be amended.

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on April 6, 2010 at 10:00 a.m., and that time between March 30, 2010 and April 6, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv) and (h)(1)(G).

DATED:_3/30/10

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-08-00521 SBA